**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00617-CV

_____

## JUAN GRACIA and BERTHA GRACIA, Appellants

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harros County, Texas
Trial Court Cause No. 969527**

## O R D E R

Appellants' brief was originally due October 10, 2011.   Appellants requested and were granted three extensions of time to file the brief until **February 3, 2012, with a notation that no further extensions would be granted.**   No brief or further motion for extension of time has been filed.

Unless appellants file a brief **March 12, 2012**, the court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

PER CURIAM